JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTWELL STAFFING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LD PRODUCTS, INC., <br><br> Defendant. | CV 23-6148 PA (PVCx) <br><br> JUDGMENT |

Pursuant to this Court's November 14, 2024 Minute Order granting the Motion for Entry of Judgment filed by plaintiff Chartwell Staffing Services, Inc. ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment entered in its favor against LD Products, Inc. ("Defendant"), in the amount of $121,362.50 (consisting of an unpaid settlement balance of $90,000, prejudgment interest of $29,737.50, and attorneys' fees of $1,625); and

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: November 14, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE